No. 65825.—Healthways, Inc., et al. v. United States, protests 59/26941, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.